# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☐   USAO No.: 2021R00010   Case No.: MJ-21-63-AMG

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   Warrant: ☑   Summons: ☐   Notice: ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: kh

Name: **MICHAEL BRANDON HOUCK**

Alias(es): Brad Houck

Address: 17801 Chatham Hills Rd, Norman, OK 73071

FBI No.:

DOB: 08/28/1970   SSN: 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   Race: White   Interpreter: Y ☐ N ☑

Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑   Language/Dialect: English

**DEFENDANT STATUS/RECOMMENDATION:**
- ☑ Not in Custody
- ☑ Detention Requested
- ☐ Type of Bond: _____
- ☐ In Custody at: _____
- Inmate/Prisoner/Register No.: _____

**PRIOR MAGISTRATE PROCEEDINGS:**
- Complaint: Y ☐ N ☐
- Magistrate Case No.: MJ-
- Previously Detained: Y ☐ N ☐

**ATTORNEY/AGENCY INFORMATION:**
- ☐ Public Defender
- ☐ CJA Panel
- ☐ Retained
- Name: _____
- Address: _____
- Phone: _____
- AUSA: Matt Dillon
- Agent/Agency: Dustin Merritt/FBI
- Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 875(c) | Transmitting a communication in interstate commerce containing a threat to injure another. | NMT 5 yrs imprisonment; $250,000 fine, or both; NMT 3 yrs S/R; $100 SA |

Signature of AUSA: MATTHEW DILLON (Digitally signed by MATTHEW DILLON, Date: 2021.02.05 11:12:19 -06'00')   Date: 02/05/2021

3/19