IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
APR 08 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR 21-087 HE |
| MICHAEL BRANDON HOUCK, ) a/k/a Brad Houck, ) | Violation: 18 U.S.C. § 875(c) |
| Defendant. ) | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
(Communicating a Threat)

On or about December 6, 2020, in the Western District of Oklahoma and elsewhere,

**MICHAEL BRANDON HOUCK,**
**a/k/a Brad Houck,**

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening former President George W. Bush: "GWB is a dead man …we will find you georgie boy."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Communicating a Threat)

On or about December 24, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
**a/k/a Brad Houck,** ------------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening the Honorable John Roberts, Chief Justice of the United States Supreme Court and others: "Supreme Court justices are appointed for life.... You give us only one way to remove treasonous judges.... death! It's coming John Roberts! And at least 3 others."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### (Communicating a Threat)

On or about January 3, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
**a/k/a Brad Houck,** ------------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening the Honorable John Roberts, Chief Justice of the United States Supreme Court: "Hey justice Roberts, we are coming for you and your illegal adopted kids!! finished! they will get to watch you hang."

All in violation of Title 18, United States Code, Section 875(c).

2

## COUNT 4
### (Communicating a Threat)

On or about November 21, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
        **a/k/a Brad Houck,** ------------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Senator Mitt Romney: "F*** you Romney! You're on the list. You're not gonna make it ketchup man!"

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 5
### (Communicating a Threat)

On or about December 19, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
        **a/k/a Brad Houck,** ------------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Senator Mitch McConnell: "HEY MITCH, you don't think you and your CCP WIFE ARE GOING TO CONTINUE BUSINESS AS USUAL DO YOU? OH NO YOU SLIMY F***, you are going to be eliminated soon you treasonous traitor!! we are going to find you! you'd better watch over every shoulder!! we are coming for you and 95 others!! only 4-5 of you can stay!! ITS NOT GOING TO BE YOU."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 6
(Communicating a Threat)

On or about December 20, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
**a/k/a Brad Houck,** -----------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Senator Mitch McConnell: "F*** YOU MITCH! You're not gonna be here much longer scumbag!! bloodbath coming!!"

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 7
(Communicating a Threat)

On or about January 3, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
**a/k/a Brad Houck,** -----------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Senator Lindsey Graham: "Stfu Lindsey! We are going to find you and kill your a**! You are full of chinese money!"

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 8
### (Communicating a Threat)

On or about January 4, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
a/k/a **Brad Houck,** ----------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Senator Chuck Schumer: "F*** you Schumer we are going to come find you and have a little fun with you but make no mistake about it you're the devil and we are going to kill you."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 9
### (Communicating a Threat)

On or about January 4, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------ **MICHAEL BRANDON HOUCK,**
a/k/a **Brad Houck,** ----------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Congresswoman Nancy Pelosi: "Question Nancy. Do you have grandchildren? Better make sure you know where they are. I hear half of San Fran is looking for them! We are coming for you b****!"

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 10
### (Communicating a Threat)

On or about January 7, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------- MICHAEL BRANDON HOUCK,
a/k/a Brad Houck, -----------------------------------------

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site threatening United States Senator James Lankford: "James Lankford from Oklahoma is a sorry motherf***** and will pay for his treasonous lack of action. Better keep your family close James."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

MATT DILLON
MARK R. STONEMAN
Assistant United States Attorneys