PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Michael Brandon Houck    Docket No. CR-21-087-HE

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Katie Fye, pretrial services/probation officer, presenting an official report upon the conduct of defendant Michael Brandon Houck, who was placed under pretrial release supervision by the Honorable Amanda Maxfield Green, sitting in the court at The Western District of Oklahoma on the 10 date of February, 2021 under the following conditions:

(7)p iii participate in home incarceration, submit to location monitoring and pay for all of the costs

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

The undersigned writer was notified of the defendant's failure to acknowledge location monitoring alerts and phone calls on this date. Due to the defendant not acknowledging the location monitoring alerts and phone calls; Oklahoma City Police Department (OCPD) was dispatched to the defendant's home at approximately 0940 hours on this date. Upon arrival OCPD knocked on the defendant's door and no one answered. At this time, 2:05 pm, there has been no contact made with the defendant.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOVES THE COURT PURSUANT TO 18 U.S.C. §3148(b) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.
TELEPHONICALLY APPROVED BY

MATTHEW DILLON AND MARK STONEMAN
ASSISTANT UNITED STATES ATTORNEY

PRAYING THAT THE COURT WILL ADOPT THE ABOVE PETITION AND ISSUE A WARRANT

ORDER OF COURT

Considered and ordered this 15th day of May, 20 21 and ordered filed and made a part of the records in the above case.

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2021

*Katherine Fye*

U.S. Pretrial Services/Probation Officer

Place    Oklahoma City, Oklahoma