# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. <u>CR-21-87-HE</u> |
| ) | |
| MICHAEL BRANDON HOUCK, ) | |
| a/k/a Brad Houck, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW the plaintiff, United States of America, by Robert J. Troester, Acting United States Attorney for the Western District of Oklahoma, and Matt Dillon and Mark Stoneman, Assistant United States Attorneys, Pursuant to Federal Rule of Criminal Procedure 48(a), and respectfully moves the Court to dismiss without prejudice the Indictment (Doc. 24) filed in the above-styled case as to the defendant, Mr. Michael Brandon Houck, for the reason that Mr. Houck is now deceased.

WHEREFORE, the United States urges the Court to abate the criminal proceedings against Defendant and enter an Order dismissing without prejudice the Indictment returned herein on April 8, 2021.

Respectfully submitted,

ROBERT J. TROESTER
Acting United States Attorney


*s/MATT DILLON*
MATT DILLON
OBA# 19321
Assistant U.S. Attorney
Oklahoma Bar No.  30471
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8755 (Office)
(405) 553-8888 (Fax)
Matthew.dillon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  Susan Otto and M. Taylor McLawhorn

*s/MATT DILLON*
Assistant U.S. Attorney

2